PITTMAN, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(F), Ala. R.App. P.; Ala.Code 1975, §§ 26-10A-9 and 26-10C-1; Ex parte C.L.C., 897 So.2d 234, 237 (Ala.2004); L.C.S. v. J.N.F., 941 So.2d 973, 979-80 (Ala.Civ.App.2005), cert. denied, — U.S. ——, 127 S.Ct. 504, 166 L.Ed.2d 368 (2006); and Ex parte Hicks, 451 So.2d 324, 327 (Ala.Civ.App.1984).
*429 THOMPSON, P.J., and BRYAN and MOORE, JJ., concur.
THOMAS, J., concurs specially.